UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STORMS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY,<br><br>    Defendant. | Case No.20-cv-07913-NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

After considering the joint case management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following deadlines are set:

1. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties is **March 5, 2021**.

2. ALTERNATIVE DISPUTE RESOLUTION: This case is referred to mediation for alternative dispute resolution, which is to be completed by **June 4, 2021**.

3. FURTHER CASE MANAGEMENT CONFERENCE: **August 9, 2021, at 10:00 a.m.** The parties must file a joint case management statement by **August 2, 2021,** in accordance with Civil L.R. 16-10(d).

4. INITIAL DISCOVERY PROTOCOLS: This case is subject to General Order No. 71. Accordingly, the parties must provide each other with Initial Discovery within 30 days after the defendant has submitted a responsive pleading or motion, unless the Court rules otherwise.

5. NON-EXPERT DISCOVERY: All non-expert discovery must be completed by **December 31, 2021.**

6. DISPOSITIVE MOTIONS: Parties must file and serve all dispositive motions by **February 25, 2022.**

7. EXPERT WITNESSES:

    - Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **April 22, 2022.**
    - Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **May 20, 2022.**

8. PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **July 6, 2022**.

9. PRETRIAL CONFERENCE: **July 20, 2022, at 2:00 p.m.**

10. TRIAL DATE: A jury trial will be held on **August 8, 2022, at 9:00 a.m.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: February 4, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge