UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STORMS, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MONTEREY,<br><br>    Defendant. | Case No. 20-cv-7913 NC<br><br>**ORDER RE: PROPOSED JUROR EXCUSALS FOR CAUSE, ROUND ONE** |

Upon review of the jury survey responses, the Court proposes to excuse the following jurors for cause: Nos. 1, 22, 37, and 43. If either party has any objection to these proposed excusals, it must file an objection by noon on August 4.

The parties will have a further opportunity to propose for cause and peremptory challenges after voir dire on August 8.

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge