UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STORMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MONTEREY,<br><br>　　　　Defendant. | Case No. 20-cv-07913-NC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE JUDICIALLY ESTOPPED FROM CONTRADICTING ITS PREVIOUS CONCESSIONS** |

In its Opposition to Plaintiff's Motion for Partial Summary Judgment, Defendant conceded that: (1) Plaintiff was qualified for his job, with or without accommodation, during all relevant periods of time, and (2) the April 26, 2019, Formal Notice of Discipline is an adverse employment action. From the pretrial filings, it appears that Defendant intends to relitigate these issues. But "[t]ruth is not a weather vane. It does not veer when the winds of self-interest change." *Dep't of Transp. v. Coe*, 112 Ill. App. 3d 506, 507 (Ill. Ct. App. 1983). Accordingly, Defendant is ORDERED to show cause, in court on **August 8, 2022**, why it should not be judicially estopped from presenting evidence and arguments contrary to its previous concessions.

**IT IS SO ORDERED.**

Dated: August 5, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge